IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LOUISE MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 2:11-cv-01391-SLB |
| WALTER COKE, INC., | ) | (Chief Judge Sharon L. |
| | ) | Blackburn) |
| Defendant. | ) | |
| | ) | |

## NOTICE OF BANKRUPTCY AND SUGGESTION OF STAY

Please take notice that on July 15, 2015, defendant Walter Coke, Inc. (the "Debtor"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Alabama, Southern Division (the "Bankruptcy Court").  A copy of the Debtor's voluntary petition is attached as Exhibit "A" and incorporated by reference. The Debtor's bankruptcy case currently is pending before the Bankruptcy Court, bearing case number 15-02744-TOM11. The Bankruptcy Court consolidated the Debtor's bankruptcy case into case number 15-02741-TOM11 for procedural purposes only.

The claims asserted in the action arose before the commencement of the Debtor's bankruptcy case.  Accordingly, the Plaintiff's claims are subject to the automatic stay provisions of section 362(a) of the Bankruptcy Code.

WHEREFORE, premises considered, the Debtor respectfully submits that the instant lawsuit and any collection efforts related thereto are stayed with respect to the Debtor by operation of the automatic stay provisions of section 362(a) of the Bankruptcy Code.

Dated this 5th day of October, 2015.

/s/ David M. Meezan
ROBERT D. MOWREY
Georgia Bar No. 527510
DAVID M. MEEZAN
Georgia Bar No. 500882
C. MAX ZYGMONT
Georgia Bar No. 567696

KAZMAREK MOWREY CLOUD LASETER LLP
1230 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia 30309
Phone: (404) 812-0839
Fax: (404) 812-0845

OF COUNSEL:

ALFRED F. SMITH, JR.
ASB-8536-S70A
BAINBRIDGE, MIMS, ROGERS & SMITH, LLP
The Luckie Building, Ste. 415
600 Luckie Drive
P. O. Box 530886
Birmingham, Alabama 35253
Ph. (205) 879-1100
Fax (205) 879-4300

ATTORNEYS FOR DEFENDANT WALTER COKE, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2015, I electronically filed the foregoing <u>Notice of Bankruptcy and Suggestion of Stay</u> with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Dennis G. Pantazis
    Rocco Calamusa
    Craig L. Lowell
    Alexander N. Gerogiannis
    Dennis George Pantazis, Jr.
    WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
    The Kress Building
    301 19th Street North
    Birmingham, Alabama 35203

                                                        /s/ David M. Meezan
                                                        DAVID M. MEEZAN
                                                        Georgia Bar No. 500882

KAZMAREK MOWREY CLOUD LASETER LLP
1230 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia 30309
Phone: 404-812-0839
Fax: (404) 812-0845